# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RAMON LEE CHAPA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  12-8277-DLB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 16, 2012____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DanLee Cata, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____07/16/2012____

_____
*Judge's signature*

City and state: ____WEST PALM BEACH, FLORIDA____   DAVE LEE BRANNON, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT
# OF
# DanLee Cata
# DEPUTY U.S. MARSHAL

1. I, DanLee Cata, am a Deputy Marshal of the United States Marshal's Service (USMS) and have been so employed for over 7 years. As part of my duties, I conduct investigations of individuals who have escaped from the custody of federal authorities. The information contained in this document is known to me through personal knowledge as well as information that has been provided to me by other law enforcement officers and agents.

2. An investigation is being conducted in the Southern District of Florida by the United States Marshals Service of Ramon Lee CHAPA for the offense of escape, a violation of Title 18, United States Code, Section 751.

3. Ramon Lee CHAPA was originally convicted of 18 U.S.C. 18 § 871 - Threats against the President. He was sentenced to 41 months in the custody of the Bureau of Prisons with an additional 2 years of supervised release.

4. On May 5, 2012, **CHAPA** was sent to the Salvation Army Residential Re-Entry Center, located at 1577 N. Military Trail, West Palm Beach, Florida, which is in the Southern District of Florida. The Salvation Army Residential Re-Entry Center is a Bureau of Prisons contracted facility. CHAPA was to remain at the facility, under Bureau of Prisons custody until August 23, 2012. When CHAPA arrived at the Salvation Army on May 5, 2012, CHAPA signed an Acknowledgement of Custody form that states that he understands he is in the custody of the Attorney General of the United States and that he understands that leaving the Center without permission from the Center's Director or his/her authorized representative shall be deemed escape from the custody of the Attorney General.

5. At approximately 0730 am on July 16, 2012, Ramon Lee CHAPA walked away from the RRC Salvation Army West Palm Beach facility. CHAPA was not authorized to leave

the facility by Bureau of Prisons staff or contract staff at the facility. Shortly after he left, authorities at the RRC contacted the USMS requesting a warrant for his arrest for escape.

6. Based on the foregoing, I believe that there is probable cause to charge Ramon Lee CHAPA with escape from the custody of the Bureau of Prisons, in violation of Title 18, United States Code, Section 751.


FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DanLee Cata, DUSM
United States Marshals Service


Sworn to and subscribed before
me this 16th day of July, 2012
in West Palm Beach, Florida.


_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8277-DLB

**BOND RECOMMENDATION**

DEFENDANT: RAMON LEE CHAPA

PRETRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: *Carolyn Bell*
AUSA: CAROLYN BELL

Last Known Address: SALVATION ARMY RESIDENTIAL

RE-ENTRY CENTER

West Palm Beach, FL

What Facility: SALVATION ARMY RESIDENTIAL RE-ENTRY

BUREAU OF PRISON

Agent(s): Deputy U.S. Marshal DanLee Cata
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. Marshal's Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8277-DLB

UNITED STATES OF AMERICA

vs.

RAMON LEE CHAPA
        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500286
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: carolyn.bell@usdoj.gov